UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| G3 GENUINE GUIDE GEAR INC., <br><br> Plaintiff, <br><br> v. <br><br> MARKER DEUTSCHLAND GMBH, et al., <br><br> Defendants. | C15-561 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Plaintiff's unopposed motion to extend reply brief deadline, docket no. 37, is GRANTED. Plaintiff's reply brief in support of its discovery motion, as corrected, docket nos. 38 and 39, will be considered timely filed.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of January, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1