UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

G3 GENUINE GUIDE GEAR INC.,

    Plaintiff,

v.

MARKER DEUTSCHLAND GMBH, et al.,

    Defendants.

C15-561 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to seal, docket no. 58, is GRANTED as follows. The unredacted version of Ryan B. Meyer's second declaration and Exhibit 1 thereto, docket no. 60, shall remain under seal.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of March, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1