UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

G3 GENUINE GUIDE GEAR INC.,

Plaintiff,

v.

MARKER DEUTSCHLAND GMBH, et al.,

Defendants.

C15-561 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion for summary judgment, docket no. 35, is DENIED, and plaintiff's cross-motion for partial summary judgment, docket no. 49, is GRANTED. The Court concludes, as a matter of law, that independent Claim 1 and dependent Claim 37 of U.S. Patent No. 8,746,728 B2 ("the '728 Patent") are not anticipated by French Patent No. 2,613,949, which was issued to Raymond Durfort and Roger Brard. The Court will enter a separate order setting forth its reasoning concerning the anticipation defense. With regard to whether Claim 35 of the '728 Patent is invalid on the basis of obviousness,[1] and whether plaintiff would be entitled to increased or treble damages on the ground of willful infringement, the Court is persuaded that genuine disputes of material fact preclude summary judgment. See Fed. R. Civ. P. 56(a).

---

[1] Plaintiff's related motion to strike, docket no. 57-1, portions of defendants' reply brief and two declarations submitted therewith is DENIED.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of May, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2