# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| G3 GENUINE GUIDE GEAR INC., <br><br> Plaintiff, <br><br> v. <br><br> MARKER DEUTSCHLAND GMBH, et al., <br><br> Defendants. | C15-561 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 74, defendants' motion for denial of a permanent injunction and imposition of an ongoing royalty, docket no. 67, is RENOTED to August 28, 2017.

    (a) Any cross-motion shall be consolidated with the response to such motion, which together shall not exceed twenty-four (24) pages in length, and which shall be filed by August 14, 2017, and noted for August 28, 2017.

    (b) Any reply in support of defendants' motion shall be consolidated with any response to plaintiff's cross-motion, which together shall not exceed twenty-four (24) pages in length, and which shall be filed by August 21, 2017.

    (c) Any reply in support of plaintiff's cross-motion shall not exceed twelve (12) pages in length and shall be filed **by 9:00 a.m.** on August 28, 2017.

MINUTE ORDER - 1

(2) The Pretrial Conference is RESCHEDULED to Tuesday, August 29, 2017, at 1:30 p.m. The proposed pretrial order, trial briefs, proposed voir dire, and proposed jury instructions remain due on August 18, 2017.

(3) The parties' request to extend the deadline for filing motions in limine is DENIED. The parties have offered no excuse, let alone good cause, for failing to comply with the Court's deadline, and they did not seek an extension before the deadline expired. *See* Local Civil Rule 7(j).

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of August, 2017.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 2