UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

G3 GENUINE GUIDE GEAR INC.,

Plaintiff,

v.

MARKER DEUTSCHLAND GMBH,
et al.,

Defendants.

C15-561 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The parties' stipulated motion to seal, docket no. 83, is GRANTED, and plaintiff's unredacted response brief, docket no. 81, and unredacted declaration, docket no. 82, shall remain under seal.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of August, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1