UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

G3 GENUINE GUIDE GEAR INC.,

    Plaintiff,

  v.

MARKER DEUTSCHLAND GMBH, et al.,

    Defendants.

C15-561 TSZ

ORDER

Counsel having telephonically advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. The trial date of September 5, 2017, all remaining related dates and deadlines, and the pending motions, docket nos. 67 and 68, are STRICKEN.

In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 17th day of August, 2017.

                                                    /s/ Thomas S. Zilly
                                                    Thomas S. Zilly
                                                    United States District Judge

ORDER - 1